UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JAMES R. CRAYTON,

        Plaintiff,

-against-

LONG ISLAND RAILROAD,

        Defendant.
-----------------------------------------------------------X

Case No. 04-CV-5144

Gleeson, J.
Bloom, M.J.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUL 15, 2005
TIME A.M. _____ P.M. _____

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff *pro se* James R. Crayton and defendant Long Island Railroad, through its undersigned counsel, that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-captioned action shall be dismissed in its entirety, with prejudice, and with no award of attorney's fees, costs or disbursements by the Court to any party.

Dated:    Jamaica, New York
            March 5, 2005
            April

JAMES R. CRAYTON
Plaintiff *Pro Se*

By: _[signature]_
James R. Crayton
249-52 148th Road
Rosedale, New York 11422
(718) 528-1932

MARY JENNINGS MAHON, ESQ.
Vice President/General Counsel & Secretary
Attorney for Defendant

By: _[signature]_
Walter Johnson III (WJ-9265)
Law Department - 1143
Jamaica Station
Jamaica, New York 11435
(718) 558-8316

SO ORDERED, this 6th day of July, 2005:

    s/John Gleeson
    _____
    Gleeson, J.